## UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | APPEARANCE |
| v. | Case Number: 1:19-CR-05237 |
| CARLOS CONCEPCION-GIULAM | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Carlos Concepcion-Guilam.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

      CJA Appointment
      Federal Public Defender
X    Retained
      Pro Bono

Respectfully submitted,

Christopher P. Belezos
Belezos & Gratzer
760 Adams Street - Suite Three
Dorchester, MA  02122
Tel.(617) 288-8900
BBO# 556796