# UNITED STATES DISTRICT COURT
## BOSTON DIVISION

**No. 1:19-cr-10255-WGY**

**UNITED STATES OF AMERICA**

**v.**

**CARLOS MIGUEL CONCEPCION GULIAM**

---

## MOTION FOR LEAVE TO WITHDRAW

---

Now comes attorney Christopher P. Belezos, who moves this honorable Court to allow him to withdraw from the representation of the Defendant, Carlos Miguel Concepcion Guliam. As basis for this request, please consider the following:

1. On the evening of October 23rd 2019, I was scheduled to visit with the Defendant at the to the Plymouth Court House of Correction.   Before departing for same, I received a call from Attorney Danilo Avalon who indicated that he had been retained by the family of Mr. Concepcion Guliam.  We spoke only briefly, however, Mr. Avalon told me that he would be filing an appearance shortly and that there was no need for me to visit the Defendant.

2. My conversation with Mr. Avalon on the 23rd of October is the last time we have had direct contact.

3. Since the 23rd of October, I have met with the Defendant on two occasions (December 9th & 19th of 2019) and sent a number of messages to his family.  Mr. Concepcion Guliam confirmed that he has been in contact with Attorney Avalon and believes him to be his attorney.  During our meetings, I have reviewed the impending filing dates and stressed the need for new counsel to enter an appearance and file any motions he deems

USA v Concepcion Guliam - 2

appropriate.  I have also provided same information in written form (in Spanish).  Mr. Concepcion agreed that any Motions to Dismiss or Suppress should be filed by whoever will represent him at trial.

4.  On the 20th of December 2019, I spoke with Attorney Avalon's office.  His staff acknowledged that they had been retained on behalf of the Defendant and promised to file an appearance with the Court no later than Monday the 23rd of December 2019.

5.  No appearance was filed on the 23rd of December and a voice mail to counsel went unanswered.

6.  On the 26th of December 2019, I once again called Attorney Avalon's office.  His staff again confirmed that Mr. Concepcion Guliam was a client.

7.  Despite the failure to file an appearance since October of 2019,  it is clear that the both the Defendant and Attorney Avalon share the belief that Avalon is counsel in the above captioned matter.

8.  As such, the attorney/client relationship is permanently severed and the interest of justice would be served by my withdrawal prior to the filing of any Motions to Dismiss or Suppress.

Respectfully submitted

Christopher P. Belezos
540 Gallivan Blvd - Suite Four
Dorchester, MA 02124
(617) 288-5900
cpb@cpbcrimlaw.net
BBO# 556796

Date:  12-26-19