UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS CONCEPCION-GULIAM<br><br>Defendant | CRIMINAL No. 19-cr-10255-WGY |

## STIPULATIONS

The United States of America, by and through the undersigned, and the defendant Carlos Concepcion-Guliam hereby enter into the following stipulations and agree to the following facts:

1. The following exhibits were seized by Stoughton Police Detective Matthew Farwell and Drug Enforcement Administration ("DEA") Task Force Officer, Kevin Lima, and were determined, by the DEA Northeast Regional Laboratory, through forensic and chemical analysis, to be the following controlled substances, with the following net weights:

   a. Exhibit 1a (DEA Ex. 1.01) is 1080 grams of fentanyl, acetylfentanyl, and valeryl fentanyl, seized from Unit 1435 on June 20, 2019;

   b. Exhibit 1b (DEA Ex. 1.02) is 3.7 grams of fentanyl, seized from Unit 1435 on June 20, 2019;

   c. Exhibit 1c (DEA Ex. 1.03) is 15.7 grams of cocaine base, seized from Unit 1435 on June 20, 2019;

   d. Exhibit 2a (DEA Ex. 2.01) is 970.4 grams of cocaine, seized from Unit 1435 on June 20, 2019;

    e. Exhibit 2b (DEA Ex. 2.02) is 659.4 grams of fentanyl, seized from Unit 1435 on June 20, 2019;

    f. Exhibit 2c (DEA Ex. 2.03) is 1.4 grams of cocaine base, seized from Unit 1435 on June 20, 2019;

    g. Exhibit 3 (DEA Ex. 3) is 60.3 grams of fentanyl and valeryl fentanyl, seized from Unit 171 on June 19, 2019;

    h. Exhibit 4 (DEA Ex. 4) is 4.0 grams of fentanyl, seized from the defendant's person on June 20, 2019; and

    i. Exhibit 5 (DEA Ex. 5) is .2 grams of fentanyl and valeryl fentanyl, seized from Unit 1435 on June 20, 2019.

2. The defendant, Carlos Concepcion-Guliam, is the individual that was driving the black Dodge Durango, bearing Tennessee registration 2P75V7, and was arrested by Stoughton Police on June 20, 2019, at the Extra Space Storage parking lot in Stoughton, Massachusetts.

3. The defendant, Carlos Concepcion-Guliam, did not rent a storage unit at Extra Space Storage located at 20 Washington Street, Stoughton, Massachusetts.

Respectfully submitted,

| | |
|---|---|
| ANDREW E. LELLING<br>UNITED STATES ATTORNEY | CARLOS CONCEPCION-GULIAM |
| By: /s/ Stephen Hassink<br>STEPHEN HASSINK<br>LAUREN A. GRABER<br>Assistant U.S. Attorneys | By: _____<br>DANILO AVALON<br>Attorney for Defendant |

Date: November 12, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ *Lauren A. Graber*
Lauren A. Graber
Assistant United States Attorney


Date: November 12, 2020